JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL HUPP, | ) | Case No. ED CV 15-2485-VAP (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| COUNTY OF RIVERSIDE, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: June 15, 2016

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE